**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>ROBERT RAYMOND HEATH SR<br>NORA GREGORY HEATH<br>PO BOX 3681<br>Boone, NC  28607-5582<br><br>         DEBTORS<br><br>SS#1: XXX-XX-3015   SS#2: XXX-XX-1082 | CHAPTER 13<br><br>CASE NO.:  07-01390-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Joy S. Goodwin, Trustee for the above referenced case is Check No. 893336 in the amount of $17.21 representing monies designated as dividends to creditors as follows:

| | |
|---|---|
| CREDITOR NAME: | RE BATH<br>1055 S COUNTRY CLUB DR<br>MESA, AZ  85210 |
| REASON FOR RETURN: | Failure to Clear |
| AMOUNT: | $17.21 |

Date: December 19, 2012

/s/  Joy S. Goodwin, Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201
Phone: (803) 779-5180
Fax:    (803) 765-0167
E-mail: pleadings@ch13trustee.net

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>ROBERT RAYMOND HEATH SR<br>NORA GREGORY HEATH<br>PO Box 2133<br>Boone, NC  28607<br><br>            DEBTORS<br><br>SS#1: XXX-XX-3015   SS#2: XXX-XX-1082 | CHAPTER 13<br><br>CASE NO.:  07-01390-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Joy S. Goodwin, Trustee for the above referenced case is Check No. 893336 in the amount of $17.21 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:      RE BATH
                    1055 S COUNTRY CLUB DR
                    MESA, AZ  85210
REASON FOR RETURN:  Failure to Clear
AMOUNT:             $17.21

Date: December 19, 2012

/s/  Joy S. Goodwin, Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201
Phone: (803) 779-5180
Fax:    (803) 765-0167
E-mail: pleadings@ch13trustee.net